1  MCGREGOR W. SCOTT
   United States Attorney
2  ELLEN V. ENDRIZZI
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2716



FILED

DEC 2 8 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
               DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN RE SEALED               )  NO. 2:05-SW-0275 KJM
                           )
                           )
                           )  **UNDER SEAL**
                           )

### SEALING ORDER

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the attached documents in the above-captioned matter be and are hereby ordered SEALED until further order of this Court.

Dated: December 27, 2005

_____
HONORABLE KIMBERLY J. MUELLER
United States Magistrate Judge

1