```
1  McGREGOR W. SCOTT
   United States Attorney
2  ELLEN V. ENDRIZZI
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone (916) 554-2716
```



FILED
JAN 23 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
    DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF A PEN REGISTER AND TRAP AND TRACE DEVICE ON AN IBM THINKPAD COMPUTER, MODEL NUMBER A21M2628-F2U, SERIAL NUMBER 78-KTK-T5 | SW-05-0275 KJM<br><br>**MOTION TO UNSEAL AND [proposed] ORDER** |

The documents filed in the above-referenced case were ordered sealed by this Court until further order. Those documents related to an investigation that resulted in a complaint that was filed on January 17, 2006, magistrate case number 06-MJ-0021 GGH. The United States hereby requests that the above-referenced file be unsealed so that its contents may be revealed in discovery in magistrate case number 06-MJ-0021 GGH.

Dated: January 23, 2006

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By: /s/ Ellen V. Endrizzi
ELLEN V. ENDRIZZI
Assistant U.S. Attorney

1

1     Upon application of the United States of America and good cause
2 having been shown,
3     IT IS HEREBY ORDERED that the United States' Motion To Unseal
4 the documents filed in this case is GRANTED.

5
6 DATED: January 23, 2006

7                                 HON. KIMBERLY J. MUELLER
8                                 United States Magistrate Judge