UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FILED
MAR 17 2006
JACK L. WAGNER, CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF A PEN REGISTER AND TRAP AND TRACE DEVICE ON AN IBM THINKPAD COMPUTER, MODEL NUMBER A21M2628-F2U, SERIAL NUMBER 78-KTK-T5 | SW-05-0275 KJM<br><br>**AMENDMENT TO DECEMBER 27, 2005 ORDER** |

The language located on page 2, lines 4-5, in the above-captioned Order – "and subject to the recordkeeping requirements of subsection (a)(3) of that Section" – is hereby stricken.

IT IS SO ORDERED.

DATED: March 14, 2006

HONORABLE KIMBERLY J. MUELLER
United States Magistrate Judge

1